Ellen N. O'Connell, Respondent, v. Renato Pezzi and Another, Appellants. — Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

The Campbell Knitting Mill Company, Appellant, v. Chemung Canal Trust Company, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint denied, with ten dollars costs, on the ground that sufficient facts are stated in the complaint to constitute a cause of action.  Cochrane, P. J., Van Kirk, Davis and Whitmyer, JJ., concur; McCann, J., not voting.

Lewis D. Dewey, Respondent, v. National Surety Company, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the action does not involve a long account within the meaning of section 466 of the Civil Practice Act; while numerous items are involved they are items of damage, which were merely incidental and do not constitute an account between the parties.  (Camp v. Ingersoll, 86 N. Y. 433; Untermyer v. Beinhauer, 105 id. 521; Johnson v. Atlantic Ave. R. R. Co., 139 id. 449; Townsend v. Hendricks, 40 How. Pr. 143, 162, 163; Steck v. C. F. & I. Co., 142 N. Y. 236; Snell v. Niagara Paper Mills, 193 id. 433.)  Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of Fred Young, Respondent, against Norton Company and Another, Appellants.  State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of Lillian Schmaltz Marino, Respondent, against Fred Bormann and Another, Appellants.  State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Pat Linehan, Respondent, against Lisk Manufacturing Company and Another, Appellants.  State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Arthur Raskoski, Respondent, against Katterman & Mitchell Company and Another, Appellants.  State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Wladyslaw Koszewski, Respondent, against American Radiator Company and Another, Appellants.  State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.